# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| STACEY ADAMS, *et al.*, | )<br>)<br>) CIVIL ACTION |
| Plaintiffs, | ) NO. 1:17-cv-02813-WSD<br>) |
| v. | )<br>) |
| SENTINEL OFFENDER SERVICES, LLC, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## CONSENT MOTION TO EXTEND DEADLINE TO NOTIFY THE COURT OF THE OUTCOME OF MEDIATION WITHOUT CHANGING THE END OF STAY DEADLINE

COME NOW the Defendants and move this Court for an extension of the deadline to notify the Court of the Outcome of Mediation from November 16, 2017 to December 4, 2017 without changing the end of stay date.

The parties filed a Consent Motion to Stay the Case on October 13, 2017. This original Consent Motion sought a stay on the case until December 15, 2017, and indicated that the parties had scheduled mediation for November 15, 2017. The Court entered an Order on October 17, 2017 granting a stay on this case until December 15, 2017, and requiring that the parties notify the Court, in writing, of the outcome of mediation on or before November 16, 2017.

The parties have had to postpone mediation because one of Defendants' counsel is scheduled for trial during the week of November 15, 2017 and will not be able to attend mediation as originally scheduled. Mediation is now scheduled for November 30, 2017. Defendants request that the court allow the parties until Monday, December 4, 2017 to notify the Court of the outcome of the Thursday November 30, 2017 mediation. Plaintiffs consent to the requested extension.

Respectfully submitted this 13th day of November, 2017.

*[Signatures on Following Page]*

_Sarah Geraghty_ With Express Permission-JMZ
Sarah Geraghty
Georgia Bar No. 291393
Akiva Freidlin
Georgia Bar No. 692290
SOUTHERN CENTER FOR
HUMAN RIGHTS
83 Poplar Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-1202
Facsimile: (404) 688-9440
sgeraghty@schr.org
afreidlin@schr.org

_Greg K. Hecht_
Greg K. Hecht
Georgia Bar No. 003860
HECHT WALKER, P.C.
205 Corporate Center Drive, Suite B
Stockbridge, Georgia 30281
Telephone: (404) 348-4881
Facsimile: (404) 884-1257
greg@hmhwlaw.com

_Julie Stone_ With Express Permission-JMZ
Michael Caplan
Georgia Bar No. 601039
Julie Stone
Georgia Bar No. 200070
CAPLAN COBB LLP
75 Fourteenth Street, N.E.
Suite 2750
Atlanta, Georgia 30309
Telephone: (404) 596-5600
Facsimile: (404) 596-5604
mcaplan@caplancobb.com
jstone@caplancobb.com

*Counsel for Plaintiffs*

_Michael D. St. Amand_ With Express Permission-JMZ
Michael D. St. Amand
Georgia Bar No. 004180
GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7383
(404) 870-7374 (facsimile)
msaintamand@grsmb.com

*Counsel for Defendants*